United States District Court
Southern District of Texas
**ENTERED**
May 04, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LAWRENCE DIKE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:21-CV-00308 |
| | § | |
| COLUMBIA HOSPITAL CORPORATION | § | |
| OF BAY AREA, *et al.,* | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

This case was called for trial on April 27, 2026. A jury was duly empaneled and, after five days of trial, rendered a verdict finding in favor of Defendants. D.E. 98, 109. Accordingly, the Court enters final judgment with prejudice that Plaintiff take nothing. This action is terminated.

**ORDERED** on May 4, 2026.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

1 / 1